Bankruptcy No. 10-17172          Adversary No. 11-16

## CERTIFICATE OF SERVICE

I, <u>Michael W. Gallagher</u> certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>January 13, 2011</u> <u>(date)</u> by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, and also by Certified first class U.S. Mail, postage prepaid, per Rule 7004(h), addressed to: John G. Stumpf, President, Wells Fargo Bank N.A. 101 N. Phillips Ave., Sioux Falls, SD 57104;
John G. Stumpf, President, Wells Fargo Bank N.A. 7711 Plantation Rd., 1st fl, MAC R4507-01P, Roanoake VA 24019-3224;
John G. Stumpf, President, Wells Fargo Bank N.A., c/o Corporation Service Co., 2704 Commerce Drive #B, Harrisburg, Pa 17110-9380

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>January 13, 2011</u>
Date                                             Signature

Print Name            <u>Michael W. Gallagher</u>

Business Address      <u>628 Germantown Pike</u>

City, State, Zip      <u>Lafayette Hill, PA 19444</u>