# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul A. Warren | : CHAPTER 13 |
| xxx-xx-3691 | : |
| 9223 Eagle View Drive | : CASE NO. 10-17172BIF |
| Lafayette Hill PA 19444 | : |
| | : |
| **DEBTOR** | : |
| | : |
| | : |
| **Paul A. Warren** | : |
| | : ADVERSE NO. 11-16BIF |
| v. | : |
| | : HEARING DATE: 3/15/11 |
| **Wella Fargo Bank N.A.** | : TIME: 11:00 A.M. |
| F/K/A Wachovia Mortgage | : LOCATION: COURTROOM NO. 2 |
| 101 N. Phillips Avenue | : UNITED STATES BANKRUPTCY CT. |
| Sioux Falls, SD 57104 | : 900 MARKET ST., 2ND FL. |
| | : PHILADELPHIA, PA 19107 |

### CERTIFICATE OF NON-RESPONSE TO MOTION FOR DEFAULT JUDGMENT

I, Michael W. Gallagher, Esquire, attorney for the Debtor, having previously certified the making of service of a Motion to for Default Judgment in the above-captioned case, and the time for Answers to said motion having elapsed, do certify that to the best of my knowledge, information and belief, no answer or objection has been filed regarding same, and I have received no response or objection regarding the Motion.

Respectfully submitted,

/s/Michael W. Gallagher
Michael W. Gallagher, Esquire
628 Germantown Pike
Lafayette Hill, PA 19444
(610)940-4730
(610)940-6025 Fax
Attorney for Debtor