UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| PAUL A. WARREN | : | |
| Debtor | : | Bankruptcy No. 10-17172 |
| PAUL A. WARREN | | |
| Plaintiff | : | |
| v. | | |
| WELLS FARGO BANK, N.A. | : | Adversary No. 11-0016 |
| Defendant | : | |

..................................................

ORDER

..................................................

AND NOW, this 22nd day of March 2011, upon motion for the plaintiff for default judgment,

And there being no response thereto,

And the plaintiff certifying that proper service was made upon the defendant,

And the plaintiff averring that the defendant, which had filed a secured claim docketed on the claims register as claim #7, holds a wholly unsecured claim pursuant to 11 U.S.C. § 506 and In re McDonald, 205 F.3d 606 (3d Cir. 2000),

It is hereby ordered that judgment be entered by default in favor of the plaintiff and against defendant. Defendant Wells Fargo Bank's third mortgage lien, giving rise to a proof of claim docketed as claim #7, is hereby avoided pursuant to 11

U.S.C. § 506(a), (d).

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Michael W. Gallagher, Esq.
628 East Germantown Pike
Lafayette Hill, PA 19444

Peter J. Mulcahy, Esq.
Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Bankruptcy Department
Wells Fargo Bank, N.A.
One Home Campus MAC X2302-04C
Des Moines, IA 50328

William C. Miller, Esq.
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106