UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| PAUL A. WARREN | : | |
| Debtor | : | Bankruptcy No. 10-17172 |
| PAUL A. WARREN | | |
| Plaintiff | : | |
| v. | | |
| WELLS FARGO BANK, N.A. | : | Adversary No. 11-0016 |
| Defendant | : | |

................................................

AMENDED ORDER

................................................

AND NOW, this 3rd day of May 2011, upon motion for the plaintiff for reconsideration of the order of March 22, 2011 granting default judgment,

And there being no opposition thereto,

And the plaintiff certifying that proper service was made upon the defendant,

It is hereby ordered that the plaintiff's motion for reconsideration is granted.

The March 22, 2011 order is vacated and replaced as follows:

It is hereby ordered that judgment be entered by default in favor of the plaintiff and against defendant.  Defendant Wells Fargo Bank's second and third mortgage liens on the real property located at 20355 NE 34th Delvista Court, Aventura, FL 33180, giving rise to proofs of claim docketed as ## 16 and 17 on the claims register,

are hereby avoided pursuant to 11 U.S.C. § 506(a), (d).  See In re McDonald, 205 F.3d 606 (3d Cir. 2000).

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Michael W. Gallagher, Esq.
628 East Germantown Pike
Lafayette Hill, PA 19444

Peter J. Mulcahy, Esq.
Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Wells Fargo Bank, N.A.
Attn: Ms. Lora Osborne
Home Equity Group
PO Box 13765 R4057-01P
Roanoke, VA 24037-3765

Bankruptcy Department
Wells Fargo Bank, N.A.
One Home Campus MAC X2302-04C
Des Moines, IA 50328

William C. Miller, Esq.
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106